UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael A. Arbisi, and
Susan J. Arbisi,

Plaintiffs,

vs.

Rescue Mortgage, Inc.,
a Minnesota corporation, and
Centennial Mortgage and Funding, Inc.,
a Minnesota corporation,

Defendants.

Civil File No.: 02-256 (DSD/JMM)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

## STIPULATION

**WHEREAS,** Plaintiffs served Defendant Rescue Mortgage, Inc. with a Summons, Complaint, and Amended Complaint in this case on or about May 9, 2002, and Plaintiffs served Defendant Centennial Mortgage and Funding, Inc. with a Summons, Complaint, and Amended Complaint on or about May 13, 2002; and

**WHEREAS,** Defendant Rescue Mortgage, Inc.'s responsive pleading is due under the Federal Rules of Civil Procedure on or about May 29, 2002, and Defendant Centennial Mortgage and Funding, Inc.'s responsive pleading is due under the Federal Rules of Civil Procedure on or about June 2, 2002; and

FILED JUN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS,** Defendants have requested, and Plaintiffs have agreed to an extension of time within which Defendants may respond by motion or answer to Plaintiffs' Complaint and Amended Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendant Rescue Mortgage shall have until June 19, 2002, by which to move, answer, or otherwise respond to Plaintiffs' Complaint and Amended Complaint, subject to approval of the District Court, and that Defendant Centennial Mortgage and Funding, Inc. shall have until June 23, 2002, by which to move, answer, or otherwise respond to Plaintiffs' Complaint and Amended Complaint, subject to approval of the District Court.

DATED: May 29, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: ~~June~~ May 31, 2002

Christopher Morris, Esq.
Bassford, Lockhart, Truesdell, & Briggs, P.A.
Attorney for Defendant Rescue Mortgage, Inc.
33 South Sixth Street
Suite 3500
Minneapolis, MN 55402-3787
Minn. Atty. Lic. No. 230613

DATED: ~~June~~ 5-30, 2002

John D. Thompson, Esq.
Rider, Bennett, Egan & Arundel, LLP
Attorney for Defendant Centennial Mortgage and Funding, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Minn. Atty. Lic. No. 178676

**ORDER**

In accordance with the foregoing Stipulation, Defendant Rescue Mortgage, Inc. shall have until June 19, 2002, by which to move or answer in response to Plaintiffs' Complaint and Amended Complaint, and Defendant Centennial Mortgage and Funding, Inc. shall have until June 23, 2002, by which to move or answer in response to Plaintiffs' Complaint and Amended Complaint.

**BY THE COURT:**

DATED: 6/3/02

John M. Mason
United States Magistrate Judge